AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 04/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 30-108 |
| 2. | Trustee | Trust #2, Assets No 109-150 |
| 3. | Trustee | Trust #3, Assets No 151-200 |
| 4. | Trustee | Trust #4, Assets No 201-216 |
| 5. | Trustee | Trust #5 Assets No 217-233 |
| 6. | Trustee | Trust #6, Assets No 234-251 |
| 7. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Illinois Judges Retirement System | $9,601.54 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Byron, Carlson, Petri & Kalk LLC; salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 12-15 | Washington DC | Board of Directors Meeting | Transportation, Meals, Hotel |
| 2. | American Conference Institute | Dec 3-4 | New York, NY | Speaker at Educational Seminar | Transportation, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Clover Leaf Bank checking acct | A | Interest | L | T | | | | | |
| 2. Bank of Edwardsville Checking account | A | Interest | J | T | | | | | spouse |
| 3. IRA Account Pershing IRA Account | C | Dividend | M | T | | | | | assets listed below |
| 4. - (IRA) Kinder Morgan Inc | | | | | Sold | 12/09/15 | J | | loss |
| 5. - (IRA) Actavis PLC | | | | | Buy | 06/12/15 | J | | purchased Actavis ACT |
| 6. - (IRA) Actavis PLC | | | | | Merged (with line 7) | 06/17/15 | J | | Actavis became Allergan |
| 7. - (IRA) Allergan PLC | | | | | Open | 06/17/15 | J | | Actavis became Allergan |
| 8. - (IRA) Allergan PLC | | | | | Buy (add'l) | 06/18/15 | J | | purchased additional AGN |
| 9. - (IRA) Perrigo Co PLC shs | | | | | Buy | 07/01/15 | J | | |
| 10. - (IRA) Nielson Holdings NV shs Com NLSN | | | | | Merged (with line 11) | 08/31/15 | K | | (old) Name Change |
| 11. - (IRA) Nielson Holdings PLC Shs NLSN | | | | | Open | 08/31/15 | K | | New Name |
| 12. - (IRA) Ebay Inc Com | | | | | Sold (part) | 04/24/15 | J | C | |
| 13. - (IRA) Ebay Inc Com | | | | | Sold | 08/24/15 | K | D | |
| 14. - (IRA) PayPal Hldgs Inc Com | | | | | Spinoff (from line 12) | 07/23/15 | K | | spinoff from EBay |
| 15. - (IRA) PayPal Hldgs Inc Com | | | | | Buy (add'l) | 07/23/15 | J | | purchased add'l PayPal |
| 16. - (IRA) Google Inc Cl A | | | | | Buy | 08/20/15 | K | | |
| 17. - (IRA) Google Inc Cl A | | | | | Buy (add'l) | 08/21/15 | J | | see below for name change |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Google Inc Cl A | | | | | Merged (with line 19) | 10/05/15 | K | | (old) name change |
| 19. - (IRA) Alphabet Inc Cap Stk Cl A | | | | | Open | 10/05/15 | K | | new name, google to alphab |
| 20. - (IRA) Bank of New York Mellon Corp Com | | | | | Buy | 11/09/15 | K | | |
| 21. - (IRA) Freeport McMoran Inc FCX | | | | | Buy (add'l) | 05/11/15 | J | | |
| 22. - (IRA) Freeport McMoran Inc FCX | | | | | Sold | 07/23/15 | J | | loss |
| 23. - (IRA) Moody's Corp Com | | | | | | | | | |
| 24. - (IRA) Omnicom Group Inc | | | | | Sold (part) | 05/01/15 | J | C | |
| 25. - (IRA) Omnicom Group Inc | | | | | Sold | 06/10/15 | L | E | |
| 26. - (IRA) West Pharmaceutical Svcs Inc Com | | | | | Buy | 04/24/15 | J | | |
| 27. - (IRA) West Pharmaceutical Svcs Inc Com | | | | | Buy (add'l) | 05/01/15 | J | | |
| 28. - (IRA) Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 29. - (IRA) Dreyfus Treasury Prime MM | | | | | | | | | |
| 30. TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 31. - Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 32. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | Redeemed | 12/01/15 | L | A | |
| 33. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 34. - State Pub Sch Bldg Auth PA Sch Rev 5.25% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Connecticut St Ser C 5% 11/1/21 B/E | | | | | | | | | |
| 36. - Hampton VA Pub Impt-Ser A 5% | | | | | Redeemed | 04/02/15 | L | A | |
| 37. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | | | | | | | | | |
| 38. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $20k | | | | | | | | | |
| 39. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $80k | | | | | | | | | |
| 40. - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | | | | | | | | | |
| 41. - Chicago ILL Sales Tax Rev Sale 5% | | | | | Sold | 06/10/15 | M | | loss |
| 42. - Conroe Tex Indpt Sch Dist RFDG 5% 2/15/24 | | | | | | | | | |
| 43. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | | | | | | | | | |
| 44. - Tennessee St Rfdg-Ser A 4% 08/1/25 | | | | | | | | | |
| 45. - Abilene Tex CTFS Oblig 5% 2/15/26 | | | | | | | | | |
| 46. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | | | | | | | | | |
| 47. - Washington St Var Purp dtd 5% 8/1/26 | | | | | | | | | |
| 48. - Keller Tex Indpt Sch Dist Sch Bldg 5% 8/15/26 | | | | | | | | | |
| 49. - Gainesville Fla Utils Sys Rev Ser A 5% 10/01/26 | | | | | Buy | 08/28/15 | L | | |
| 50. - Arlington TEX Indpt Sch Sch Dist 5% 8/15/27 | | | | | | | | | |
| 51. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - North Carolina St Pub Impt Ser A 5% 4/14/10 | | | | | | | | | |
| 53. - Clear Creek Tex Indpt Sch Dist 5% 02/15/28 | | | | | Buy | 06/10/15 | L | | |
| 54. - First Tenn Bk NA Memphis Sub Nt 5.05% | | | | | Redeemed | 01/15/15 | J | A | |
| 55. - HCA Inc No 6.375% 01/15/15 | | | | | Redeemed | 01/15/15 | J | A | |
| 56. - HanesBrands Inc Gtd Sr Nt 6.375% 12/15/20 | | | | | Buy | 01/26/15 | K | | |
| 57. - HCA Inc Sr Note 8.0% 10/01/18 | | | | | | | | | |
| 58. - Southwestern Energy Co Med Term Notes 7.125% | | | | | | | | | |
| 59. - Chesapeake Energy Corp Sr Nt 7.25% 12/15/18 | | | | | Buy | 04/06/15 | K | | see below for sale in same |
| 60. - Chesapeake Energy Corp Sr Nt 7.25% 12/15/18 | | | | | Sold | 08/25/15 | K | | period (loss) |
| 61. - MGM Resorts Intl Sr Nt 6.75% 10/01/20 | | | | | Buy | 04/06/15 | K | | |
| 62. - Nielsen Fin LLC 4.5% 10/01/20 | | | | | Buy | 04/06/15 | K | | |
| 63. - Allergan Plc Com Shs | | | | | Buy | 07/01/15 | K | | |
| 64. - Accenture PLC Ireland Shs Cl A ACN | | | | | | | | | |
| 65. - American Tower REIT com | | | | | | | | | |
| 66. - Brookfield Infrastructure Partners LP | | | | | Distributed (part) | 06/30/15 | J | | return of principal |
| 67. - Brookfield Infrastructure Partners LP | | | | | Sold (part) | 07/27/15 | K | B | |
| 68. - Brookfield Infrastructure Partners LP | | | | | Sold | 08/05/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Perrigo Co PLC Shs | | | | | | | | | |
| 70. - Perrigo Co PLC Shs | | | | | Buy (add'l) | 11/13/15 | K | | |
| 71. - Apple Inc | | | | | | | | | |
| 72. - Bank of America Corp | | | | | | | | | |
| 73. - Boeing Co Com | | | | | | | | | |
| 74. - CBS Corp CL B Com | | | | | | | | | |
| 75. - Colgate Palmolive Co | | | | | | | | | |
| 76. - ConocoPhillips Com | | | | | Buy (add'l) | 05/11/15 | J | | |
| 77. - ConocoPhillips Com | | | | | Buy (add'l) | 12/02/15 | J | | |
| 78. - ConocoPhillips Com | | | | | Sold | 12/16/15 | K | | loss |
| 79. - EMC Corp (Mass) Com | | | | | Sold (part) | 10/12/15 | K | B | |
| 80. - EMC Corp (Mass) Com | | | | | Sold | 10/21/15 | K | A | |
| 81. - Energy Transfer Equity L.P. | | | | | | | | | |
| 82. - Enterprise Products Partners L.P. | | | | | | | | | |
| 83. - General Electric Co Com | | | | | Buy | 12/16/15 | K | | |
| 84. - Honeywell Intl Inc | | | | | | | | | |
| 85. - Jarden Corp Com | | | | | Sold (part) | 05/01/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Jarden Corp Com | | | | | Sold (part) | 07/10/15 | J | D | |
| 87. - Kinder Morgan Inc Del Com | | | | | Sold | 12/02/15 | J | | loss |
| 88. - Las Vegas Sands Corp Com | | | | | Buy | 02/23/15 | J | | |
| 89. - Lowes Companies Inc | | | | | Sold (part) | 05/11/15 | K | D | |
| 90. - Lowes Companies Inc | | | | | Sold (part) | 11/06/15 | K | E | |
| 91. - Markwest Energy Partners L.P. | | | | | Merged (with line 92) | 12/04/15 | J | | (old) name changed |
| 92. - MPLX LP Com Unit Repstg Ltd Partner | | | | | Open | 12/04/15 | J | | new name |
| 93. - MPLX LP Com Unit Repstg Ltd Partner | | | | | Distributed (part) | 12/04/15 | J | A | cash in lieu of fractional |
| 94. - Moodys Corp Com | | | | | | | | | |
| 95. - Newell Rubbermaid Inc Com | | | | | | | | | |
| 96. - Plains All American Pipeline L.P. | | | | | | | | | |
| 97. - Thermo Fisher Scientific Inc Com TMO | | | | | | | | | |
| 98. - Verizon Communications Com | | | | | | | | | |
| 99. - West Pharmaceutical Svcs Inc Com | | | | | Buy | 06/09/15 | J | | |
| 100. - Williams Partners L.P. | | | | | Merged (with line 101) | 02/05/15 | J | | (old) name changed |
| 101. - Williams Partners L.P. New Com Unit Ltd | | | | | Open | 02/05/15 | J | | new name |
| 102. - KKR Finl Hldgs LLC PFD Ser A LLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Starwood Ppty Tr Inc Com | | | | | | | | | |
| 104. - Alps ETF Tr Alerian MLP Etf | | | | | Buy | 12/02/15 | J | | |
| 105. - Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 106. - WisdomTree Tr Emerging Mkts Small Cap | | | | | Sold (part) | 03/05/15 | J | | loss |
| 107. - WisdomTree Tr Emerging Mkts Small Cap | | | | | Sold | 12/02/15 | K | | loss |
| 108. - Wisdom Tree Tr Europe Hedged Equity Fd | | | | | Buy | 12/02/15 | K | | |
| 109. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 110. -Drefus Treasury Prime MM | | | | | | | | | |
| 111. -Allergan Plc Com Shs | | | | | Buy | 06/15/15 | J | | |
| 112. -Allergan Plc Com Shs | | | | | Buy (add'l) | 07/01/15 | J | | |
| 113. -Accenture PLC Ireland Sh Cl A | | | | | | | | | |
| 114. -American Tower REIT com | | | | | | | | | |
| 115. -Brookfield Infrastructure Partners LP | | | | | Sold (part) | 07/27/15 | J | A | |
| 116. -Brookfield Infrastructure Partners LP | | | | | Sold | 08/05/15 | J | A | |
| 117. -Perrigo Co PLC shs | | | | | | | | | |
| 118. -Perrigo Co PLC shs | | | | | Buy (add'l) | 07/01/15 | J | | |
| 119. -Perrigo Co PLC shs | | | | | Buy (add'l) | 11/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Apple Inc | | | | | Sold (part) | 04/24/15 | J | C | |
| 121.  -Bank of America Corp | | | | | | | | | |
| 122.  -Bank of New York Mellon Corp Com | | | | | Buy | 11/09/15 | J | | |
| 123.  -Boeing Co com | | | | | | | | | |
| 124.  -CBS Corp CL: B Com | | | | | | | | | |
| 125.  -Colgate Palmolive Co Com | | | | | | | | | |
| 126.  -Google Inc Cl A | | | | | Buy | 08/20/15 | J | | |
| 127.  -Google Inc Cl A | | | | | Buy (add'l) | 08/21/15 | J | | |
| 128.  -Google Inc Cl A | | | | | Merged (with line 129) | 10/05/15 | J | | (old) name change |
| 129.  -Alphabet Inc Cap Stk Cl A | | | | | Open | 10/05/15 | J | | new name for Google |
| 130.  -Ebay Inc Com | | | | | Sold | 08/24/15 | J | B | |
| 131.  -PayPal Hldgs Inc Com | | | | | Spinoff (from line 130) | 07/23/15 | J | | spinoff from Ebay |
| 132.  -PayPal Hldgs Inc Com | | | | | Buy (add'l) | 07/23/15 | J | | |
| 133.  -Freeport McMoran Inc CL B | | | | | Sold | 07/23/15 | J | | loss |
| 134.  -Honeywell Intl Inc | | | | | | | | | |
| 135.  -Jarden Corp Com | | | | | | | | | |
| 136.  -Kinder Morgan Inc Del com | | | | | Sold | 12/02/15 | J | | loss |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Las Vegas Sands Corp Com | | | | | Buy | 02/23/15 | J | | |
| 138. -Lowes Companies Inc | | | | | Sold (part) | 11/06/15 | J | C | |
| 139. -Moodys Corp com | | | | | | | | | |
| 140. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 141. -Nielson Holdings N V Com | | | | | Merged (with line 142) | 08/31/15 | J | | (old) name changed |
| 142. -Nielson Holdings PLC Shs | | | | | Open | 08/31/15 | J | | new name |
| 143. -Omnicom Group Inc | | | | | Sold | 06/10/15 | J | C | |
| 144. -Thermo Fisher Scientific Inc Com | | | | | | | | | |
| 145. -Verizon Communications Com | | | | | | | | | |
| 146. -West Pharmaceutical Svcs Inc Com | | | | | Buy | 04/24/15 | J | | |
| 147. -West Pharmaceutical Svcs Inc Com | | | | | Buy (add'l) | 05/01/15 | J | | |
| 148. -West Pharmaceutical Svcs Inc Com | | | | | Buy (add'l) | 06/09/15 | J | | |
| 149. -Starwood Ppty Tr Inc com | | | | | | | | | |
| 150. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy | 12/02/15 | J | | |
| 151. TRUST #3 Pershing Brokerage Account | D | Int./Div. | O | T | | | | | trust assets listed below |
| 152. -Dreyfus Treasury Prime Money Market | | | | | | | | | |
| 153. -Accenture PLC Ireland Shs Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Allergan PLC Com Shs | | | | | Buy | 06/15/15 | J | | |
| 155. -Allergan PLC Com Shs | | | | | Buy (add'l) | 07/01/15 | J | | |
| 156. -American Tower REIT | | | | | | | | | |
| 157. -Apple Inc | | | | | | | | | |
| 158. -Brookfield Infrastructure Partners LP | | | | | Sold (part) | 07/27/15 | J | A | |
| 159. -Brookfield Infrastructure Partners LP | | | | | Sold | 08/05/15 | J | A | |
| 160. -Perrigo Co PLC shs | | | | | | | | | |
| 161. -Perrigo Co PLC shs | | | | | Buy (add'l) | 07/01/15 | J | | |
| 162. -Perrigo Co PLC shs | | | | | Buy (add'l) | 11/13/15 | J | | |
| 163. -Bank of America Corp | | | | | | | | | |
| 164. -Bank of New York Mellon Corp Com | | | | | Buy | 11/09/15 | J | | |
| 165. -Boeing Co com | | | | | | | | | |
| 166. -CBS Corp CL B Com | | | | | | | | | |
| 167. -Colgate Palmolive Co | | | | | | | | | |
| 168. -ConocoPhillips com | | | | | | | | | |
| 169. -EMC Corp (Mass) Com | | | | | Sold (part) | 10/12/15 | J | A | |
| 170. -EMC Corp (Mass) Com | | | | | Sold | 10/21/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Ebay Inc Com | | | | | | | | | |
| 172.  -Ebay Inc Com | | | | | Sold | 08/24/15 | J | C | |
| 173.  -PayPal Hldgs Inc Com | | | | | Spinoff (from line 171) | 07/23/15 | J | | spin off from Ebay |
| 174.  -PayPal Hldgs Inc Com | | | | | Buy (add'l) | 07/23/15 | J | | |
| 175.  -Freeport McMoran Inc CL B | | | | | Sold | 07/23/15 | J | | loss |
| 176.  -Google Inc Cl A | | | | | Buy | 08/20/15 | J | | |
| 177.  -Google Inc Cl A | | | | | Buy (add'l) | 08/21/15 | J | | |
| 178.  -Google Inc Cl A | | | | | Merged (with line 179) | 10/05/15 | J | | (old) name change |
| 179.  -Alphabet Inc Cap Stk Cl A | | | | | Open | 10/05/15 | J | | new name for Google |
| 180.  -Honeywell Intl Inc | | | | | | | | | |
| 181.  -ALPS ETF Tr Alerian Mlp Etf | | | | | Sold | 12/02/15 | K | | loss |
| 182.  -IShares Tr S&P Midcap 400 Value Index Fd | | | | | | | | | |
| 183.  -Jarden Corp Com | | | | | | | | | |
| 184.  -Kinder Morgan Inc Del com | | | | | Sold | 12/02/15 | J | | loss |
| 185.  -Las Vegas Sands Corp Com | | | | | Buy | 02/23/15 | J | | |
| 186.  -Lowes Companies Inc | | | | | Sold (part) | 11/06/15 | J | D | |
| 187.  -Moodys Corp Inc com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Nielson Holdings N V Shs Com | | | | | Merged (with line 189) | 08/31/15 | J | | (old) name change |
| 189.  -Nielson Holdings PLC Shs | | | | | Open | 08/31/15 | J | | new name |
| 190.  -Newell Rubbermaid Inc Com | | | | | | | | | |
| 191.  -Omnicom Group Inc | | | | | Sold | 06/10/15 | J | D | |
| 192.  -Thermo Fisher Scientific Inc com | | | | | | | | | |
| 193.  -Verizon Communications Com | | | | | | | | | |
| 194.  -West Pharmaceutical Svcs Inc Com | | | | | Buy | 04/24/15 | J | | |
| 195.  -West Pharmaceutical Svcs Inc Com | | | | | Buy (add'l) | 05/01/15 | J | | |
| 196.  -West Pharmaceutical Svcs Inc Com | | | | | Buy (add'l) | 06/09/15 | J | | |
| 197.  -Starwood Ppty Tr Inc Com | | | | | | | | | |
| 198.  -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy | 12/02/15 | J | | |
| 199.  -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 200.  -WisdomTreeTr Emerging Mkts Small Cap AVG | | | | | | | | | |
| 201.  TRUST #4 Pershing Brokerage Account | D | Int./Div. | M | T | | | | | trust assets listed below |
| 202.  -Dreyfus Treasury Prime Inv Sh MM | | | | | | | | | |
| 203.  -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |
| 204.  -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 05/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -ALPS Etf Tr Alerian MLP Etf | | | | | Sold | 12/02/15 | K | | loss |
| 206. -IShares Inc MSCI Japan ETF | | | | | Buy | 07/01/15 | J | | |
| 207. -IShares Tr S&P Midcap 400 Value Index | | | | | | | | | |
| 208. -IShares Tr S&P Midcap 400 Value Index | | | | | Buy (add'l) | 05/11/15 | J | | |
| 209. -Powershares QQQ Tr Unit Ser 1 | | | | | Sold | 07/01/15 | J | D | |
| 210. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy | 12/02/15 | J | | |
| 211. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 212. -Vanguard Index Fds S&P 500 ETF VOO | | | | | | | | | |
| 213. -Vanguard INTL Equity Index Fds FTSE Europe ETF VGK | | | | | | | | | |
| 214. -Vanguard INTL Equity Index Fds FTSE Europe ETF VGK | | | | | Buy (add'l) | 05/11/15 | J | | |
| 215. -WisdomTree Emerging Mkts Small Cap Avg | | | | | | | | | |
| 216. -WisdomTree Emerging Mkts Small Cap Avg | | | | | Buy (add'l) | 05/11/15 | J | | |
| 217. TRUST #5 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 218. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 219. -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |
| 220. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 05/11/15 | J | | |
| 221. -ALPS Etf Tr Alerian MLP Etf | | | | | Sold | 12/02/15 | K | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -IShares Inc MSCI Japan ETF | | | | | Buy | 07/01/15 | J | | |
| 223. -IShares Tr S&P Midcap 400 Value | | | | | | | | | |
| 224. -IShares Tr S&P Midcap 400 Value | | | | | Buy (add'l) | 05/11/15 | J | | |
| 225. -Powershares QQQ Tr Unit Ser 1 | | | | | Sold | 07/01/15 | J | C | |
| 226. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy | 12/02/15 | K | | |
| 227. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 228. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | Buy (add'l) | 05/11/15 | J | | |
| 229. -Vanguard Intl Equity Index Fds FTSE Europe ETF VGK | | | | | | | | | |
| 230. -Vanguard Intl Equity Index Fds FTSE Europe ETF VGK | | | | | Buy (add'l) | 05/11/15 | J | | |
| 231. -Vanguard Index Fds S&P 500 ETF | | | | | | | | | |
| 232. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | | | | | | | | | |
| 233. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | | | | | Buy (add'l) | 05/11/15 | J | | |
| 234. Trust #6 Pershing Brokerage Account | B | Int./Div. | L | T | | | | | trust assets listed below |
| 235. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 236. -ALPS Etf Tr Alerian MLP Etf | | | | | | | | | |
| 237. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 05/11/15 | J | | |
| 238. -ALPS Etf Tr Alerian MLP Etf | | | | | Sold | 12/02/15 | J | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -IShares Tr S&P MidCap 400 Value | | | | | | | | | |
| 240. -IShares Tr S&P MidCap 400 Value | | | | | Buy (add'l) | 05/11/15 | J | | |
| 241. -PowerShares QQQ Tr Unit Ser 1 | | | | | Sold | 07/01/15 | J | B | |
| 242. -IShares Inc MSCI Japan ETF | | | | | Buy | 07/01/15 | J | | |
| 243. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy | 12/02/15 | J | | |
| 244. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | | | | | |
| 245. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | Buy (add'l) | 05/11/15 | J | | |
| 246. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | | | | | |
| 247. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy (add'l) | 05/11/15 | J | | |
| 248. -Vanguard Index Fds S&P 500 ETF | | | | | | | | | |
| 249. -Vanguard Index Fds S&P 500 ETF | | | | | Buy (add'l) | 05/11/15 | J | | |
| 250. -WisdomTree Emerging Mkts Small Cap Avg DGS | | | | | | | | | |
| 251. -WisdomTree Emerging Mkts Small Cap Avg DGS | | | | | Buy (add'l) | 05/11/15 | J | | |
| 252. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA account summarized on line 29
Trust #1 on line 31
Trust #2 on line 110
Trust #3 on line 152
Trust #4 on line 202
Trust #5 on line 218
Trust #6 on line 235

Lines 29, 31, 110, 152, 202, 218, 235  Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

There were several stocks with name changes during the year.  Google became Alphabet.  Actavis became Allergan.  MarkWest became MPLX.  No money was exchanged so no gain or loss just a name change.  There was also one spinoff during 2015.  EBay spun-off PayPal in July.

All trust assets are accounted for herein.  According to your instructions, the aggregate income and values were reported on lines 30, 109, 151, 201, 217, 234.  Identification of the trusts was omitted for security purposes, but will be provided if requested.  Naturally, the records of each individual trust are available for the committee's inspection upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544